FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 12, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN M N., <br><br>　　　　　　Plaintiff, <br><br>　v. <br><br>COMMISSIONER OF SOCIAL SECURITY, <br><br>　　　　　　Defendant. | NO: 1:18-CV-3076-RMP <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

BEFORE THE COURT is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on January 28, 2019, ECF No. 24, recommending that the parties' Stipulated Motion for Remand, ECF No. 23, be granted. Plaintiff Kevin M N.[1] and Defendant Commissioner of Social Security agree that the

---

[1] In the interest of protecting Plaintiff's privacy, the Court will use Plaintiff's first name and last initial, and, subsequently, Plaintiff's first name only, throughout this decision.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

Administrative Law Judge's ("ALJ") decision below should be reversed and remanded for further proceedings. ECF No. 23. No objection was filed.

After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 24**, is **ADOPTED** in its entirety.

2. The Parties' Stipulated Motion for Remand, **ECF No. 23**, is **GRANTED**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 19**, is **DENIED as moot**.

4. Judgment shall be entered in favor of Plaintiff.

5. The ALJ's decision is **REVERSED**. This matter is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation, pursuant to sentence four of 42 U.S.C. § 405(g).

6. Pursuant to the parties' Stipulation, on remand the ALJ is not limited to the following actions, but will at least: (1) offer Plaintiff the opportunity for a hearing; (2) further consider the opinions of nurse practitioner Cari Cowin pursuant to 20 C.F.R. § 404.1527 (Tr. 389, 391–92, 395, 397–98, 404–05, 407, 411, 413, 415–22, 424–25, 428–30, 434–35, 437–40, 442, 444–45, 449–52, 454, 457, 488–91); (3) consider the entire record, including but not limited to any new evidence

introduced into the record following the remand; (4) further consider Plaintiff's subjective complaints pursuant to 20 C.F.R. § 404.1529 and Social Security Ruling 16-3p; (5) reevaluate Plaintiff's residual functional capacity and other steps in the sequential evaluation process as necessary, including the need for supplemental vocational expert evidence; and (6) issue a new decision;

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** February 12, 2019.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge